**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRINCE L. JORDAN,<br><br>                              Petitioner,<br><br>                    v.<br><br>MARCUS POLLARD,<br><br>                              Respondent. | Case No. LACV 19-8179-MWF (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections and the remaining record, and has made a *de novo* determination.

Petitioner's Objections lack merit for the reasons stated in the Report and Recommendation.

Accordingly, IT IS ORDERED THAT:

1.     The Report and Recommendation is approved and accepted;

2.     Judgment be entered denying the First Amended Petition and dismissing this action with prejudice; and

3.     The Clerk serve copies of this Order on the parties.

DATED:  August 23, 2021

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE