**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE L. JORDAN, | Case No. LACV 19-8179-MWF (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| MARCUS POLLARD, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: August 23, 2021

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE